UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JUANA LUJAN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Cause No. EP-22-CV-00259-KC |
| § | |
| **WALMART, INC.** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF SETTLEMENT

The Parties file this "Notice of Settlement" to inform the Court that the Parties have reached a resolution of this case. The Parties are working on the settlement documents and request 60 days to finalize the case and submit dismissal documents.

                                 THE LEON LAW FIRM, P.C.
                                 1 Sugar Creek Center, Blvd., Suite 980
                                 Sugar Land, Texas 77478
                                 281.980 4529
                                 281.980.4530 (FAX)

By:   */s/ Piero Garcia (with permission 7/24/2023)*
          **PIERO GARCIA**
          State Bar No. 24121236
          pgarcia@theleonlawfirm.com

And

KEMP SMITH LLP  
P.O. Box 2800  
El Paso, Texas 79999-2800  
915.533.4424  
915.546.5360 (FAX)  

By: _____  
**ALYSANDRA E. MARTINEZ**  
State Bar No. 24121236  
Alysandra.Martinez@kempsmith.com

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on July 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff, Piero A. Garcia, Carlos A. Leon, and Lauren Esparza, The Leon Law Firm PC, One Sugar Creek Center Blvd, St 980, Sugar Land, Texas 77478.

_____  
Alysandra E. Martinez