IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JUANA LUJAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-22-CV-259-KC |
| | § | |
| WAL-MART, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On July 24, 2023, the parties informed the Court that they had reached a settlement. Notice of Settlement 1, ECF No. 18. In response, the Court ordered that "unless the parties submit final closing papers **on or before September 22, 2023**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." July 25, 2023, Order, ECF No. 19.

September 22, 2023, has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before October 23, 2023**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 25th day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE